IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

TERRY BLACK'S BARBECUE, LLC and      §
TERRY BLACK'S BARBECUE DALLAS,        §
LLC,                                  §
                                      §
        Plaintiffs,                   §
                                      §
v.                                    §          1:20-CV-665-RP
                                      §
STATE AUTOMOBILE MUTUAL               §
INSURANCE COMPANY and                 §
RUCKER-OHLENDORF INSURANCE            §
AGENCY,                               §
                                      §
        Defendants.                   §

**FINAL JUDGMENT**

On this date, the Court issued an order granting Defendant State Automobile Mutual

Insurance Company's ("Defendant") Motion for Judgment on the Pleadings. As nothing remains to

resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on January 21, 2021.



ROBERT PITMAN
UNITED STATES DISTRICT JUDGE